DANIEL G. BOGDEN
United States Attorney
District of Nevada
LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov
*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, as subrogee of Sherman Kappe,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES ANTHONY SMITH, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-00077-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be voluntarily dismissed without prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 19th day of January 2017.

| | |
|---|---|
| Law Office of Lisa A. Taylor<br><br>*/s/ Lisa A. Taylor*<br>LISA A. TAYLOR.<br>5664 N. Rainbow Blvd.<br>Las Vegas Nevada 89130<br>*Attorney for Plaintiff* | DANIEL G. BOGDEN<br>United States Attorney<br><br>*/s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

Law Office of Christine G. Moore

*/s/ Deborah L. Elsasser*
DEBORAH L. ELSASSER
400 N. Stephanie, Suite 260
Henderson, Nevada 89104
*Attorney for Anderson Moore & James A. Smith*

**IT IS SO ORDERED.** All motions are DENIED as moot. The Clerk of Court is instructed to CLOSE this case.

Dated: January 19, 2017.

_____
UNITED STATES DISTRICT JUDGE